**Opinion issued October 22, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-19-00754-CR

### NO. 01-19-00755-CR

———————————

### IN RE LAWRENCE F. MILLER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Lawrence F. Miller, has filed a pro se petition for writ of mandamus requesting that our Court compel the trial court to discharge all costs and fees assessed against relator in the underlying case.[1] We deny the petition.

---

[1]     The underlying case is *State of Texas v. Lawrence Floyd Miller III*, cause numbers 69527-CR and 74039-CR in the 412th Judicial District Court of Brazoria County, Texas.

**PER CURIAM**

Panel consists of Justices Lloyd, Goodman, and Landau.

Do not publish. TEX. R. APP. P. 47.2(b).